FILED

Form B16B
12/94

2009 MAY 20 P 2: 26

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

UNITED STATES BANKRUPTCY COURT

_____EASTERN_____ DISTRICT OF __VIRGINIA__

In re __Grethel Marjorie Valverde__,
Debtor

Case No. __09-10836__

Chapter __7__

I would hereby like to petition the court to voluntarily dismiss my bankruptcy case. I have recently retained counsel and he has advised me that it was not in my best interest to have filed for bankruptcy at this time. He is currently handling my situation and will be advising me if at a later time it would be beneficial for me to refile. He will be notifying my secured creditors and I will notify the unsecured creditors as required by the court. Thank you.

*[signature]*

Certificate of Service
I hereby certify that a copy of the foregoing will be electronically transmitted and/or mailed by first class mail this 20th of May, 2008 to my creditors.

*[signature]*
5/20/09